BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADEQ AL HASAN, | No. 2:12-cv-643 WBS DAD |
| Plaintiff, | JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME |
| v. | |
| David Roark, Director, USCIS Texas Service Center, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff challenges the denial of his application for naturalization pursuant to 8 U.S.C. § 1421(c), and seeks de novo review of that application. The government respectfully requests an additional 60 days to answer the complaint, and plaintiff does not oppose this request. Accordingly, the parties stipulate that the date for filing the government's answer to the complaint be extended to July 30, 2012.

-1-

Dated: May 25, 2012

                        BENJAMIN B. WAGNER
                        United States Attorney

By:   /s/Audrey Hemesath
       Audrey B. Hemesath
       Assistant U.S. Attorney
       Attorneys for the Defendants

By:   /s/ Wazhma Mojaddidi
       Wazhma Mojaddidi
       Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the government's time to file an answer to the complaint, as well as the time for filing the Joint Status Report, is extended to July 30, 2012. The Scheduling Conference is reset to **August 20, 2012 at 2:00 p.m.**

IT IS SO ORDERED.

DATED: June 4, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE