BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95831
Telephone:  (916) 554-2729
Facsimile:  (916) 554-2886

STUART F. DELERY
Acting Assistant Attorney General
ELIZABETH J. STEVENS
Assistant Director
District Court Section
Office of Immigration Litigation
MELISSA S. LEIBMAN,  NYSBN 4442877
Trial Attorney
Office of Immigration Litigation, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-7016; Fax: (202) 305-7000
E-mail: Melissa.Leibman@usdoj.gov

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SADEQ AL HASAN,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>ERIC H. HOLDER JR., United States Attorney General; JANET NAPOLITANO, Secretary of the Department of Homeland Security; LORI SCIALABBA, Deputy Director of United States Citizenship and Immigration Services; MICHAEL BIGGS, Officer in Charge, USCIS Sacramento Field Office,<br><br>　　　　　Respondents. | Case No.: 2:12-cv-0643-WBS-DAD<br><br>HON. WILLIAM B. SHUBB<br><br>**JOINT STIPULATION AND [**~~PROPOSED~~**] ORDER TO MODIFY SCHEDULING ORDER** |

The parties are exploring the possibility of an administrative resolution to this matter. The parties therefore agree to a one-month extension of time for the government's filing of

Joint Stipulation - 1

Petitioner's alien file, from October 1, 2012, to November 1, 2012. This one-month delay in the filing of the alien file will permit the parties to focus their resources on the possibility of an administrative resolution.

Following November 1, 2012, the parties will resume the discovery period.  All other dates in the joint scheduling order to remain the same.

Dated: September 25, 2012        Respectfully submitted,

BENJAMIN B. WAGNER                STUART F. DELERY
United States Attorney            Acting Assistant Attorney General

AUDREY B. HEMESATH                ELIZABETH J. STEVENS
Assistant U.S. Attorney           Assistant Director

/s/ Melissa S. Leibman
MELISSA S. LEIBMAN
Trial Attorney
District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Division

Attorneys for Respondents

DATED: September 25, 2012        Respectfully submitted,
/s/ Wazhma Mojaddidi
Wazhma Mojaddidi

Attorney for the Petitioner

## ORDER

Pursuant to this Joint Stipulation, and good cause having been shown, IT IS HEREBY ORDERED that Respondents' time to provide Petitioner and this Court with the administrative record (alien file) is extended from October 1, 2012, to November 1, 2012.

IT IS SO ORDERED.

DATED:  September 26, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE