BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95831
Telephone: (916) 554-2729
Facsimile: (916) 554-2886

STUART F. DELERY
Acting Assistant Attorney General
ELIZABETH J. STEVENS
Assistant Director
District Court Section
Office of Immigration Litigation
MELISSA S. LEIBMAN, NYSBN 4442877
Trial Attorney
Office of Immigration Litigation, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-7016; Fax: (202) 305-7000
E-mail: Melissa.Leibman@usdoj.gov

Attorneys for Respondents

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADEQ AL HASAN, | Case No.: 2:12-cv-0643-WBS-DAD |
| Petitioner, | HON. WILLIAM B. SHUBB |
| vs. | |
| ERIC H. HOLDER JR., United States Attorney General; JANET NAPOLITANO, Secretary of the Department of Homeland Security; LORI SCIALABBA, Deputy Director of United States Citizenship and Immigration Services; MICHAEL BIGGS, Officer in Charge, USCIS Sacramento Field Office, | **JOINT STIPULATION AND [PROPOSED] ORDER TO HOLD CASE IN ABEYANCE** |
| Respondents. | |

On October 31, 2012, Petitioner Sadeq Al Hasan filed a new N-400 application for naturalization with United States Citizenship and Immigration Services (USCIS). Because

Joint Stipulation - 1

1  USCIS' decision on the new application will directly impact these proceedings, the parties
2  stipulate that, good cause having been shown, the matter should be held in abeyance pending a
3  new decision by USCIS.
4      The parties agree to file a joint status report by January 31, 2013, advising as to any new
5  decision, or otherwise as to the status of the application.

Dated: October 31, 2012          Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Audrey B. Hemesath
                                                AUDREY B. HEMESATH
                                                Assistant U.S. Attorney

                                                Attorneys for Respondents

DATED: October 31, 2012          Respectfully submitted,
                                                /s/ Wazhma Mojaddidi
                                                Wazhma Mojaddidi

                                                Attorney for the Petitioner

## ORDER

Pursuant to this Joint Stipulation, and good cause having been shown, IT IS HEREBY ORDERED that the case is held in abeyance. The discovery and motions cut off dates are hereby vacated. The pretrial conference previously set for March 18, 2013 is converted to a status conference, and the trial date of May 21, 2013 is hereby vacated. The parties shall file a joint status report by January 31, 2013, advising as to any new decision, or otherwise as to the status of the application.

IT IS SO ORDERED.

                                                DATED: October 31, 2012

                                                WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE