BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADEQ AL HASAN, | No. 2:12-cv-643 WBS DAD |
| Plaintiff, | JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME |
| v. | |
| David Roark, Director, USCIS Texas Service Center, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff challenges the denial of his application for naturalization pursuant to 8 U.S.C. § 1421(c).  The case is currently held in abeyance as plaintiff has filed a new naturalization application with United States Citizenship and Immigration Services, and a status report is currently due on January 31, 2013.  The parties now stipulate to a 45-day extension of time for the filing of that status report, until March 15, 2013.  Plaintiff's new naturalization application has been filed with USCIS, and the agency is in the process of adjudicating the application, but needs additional time to complete the adjudication.

Dated: January 29, 2013

                BENJAMIN B. WAGNER
                United States Attorney


          By: /s/Audrey Hemesath
             Audrey B. Hemesath
             Assistant U.S. Attorney
             Attorneys for the Defendants


         By: /s/ Wazhma Mojaddidi

-1-

Wazhma Mojaddidi
Attorney for the Plaintiff

### ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that a Joint Status Report shall be filed on March 15, 2013.  The Status Conference is continued to **April 1, 2013 at 2:00 p.m.**

IT IS SO ORDERED.

DATED:  February 1, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE