BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADEQ AL HASAN, ) | No. 2:12-cv-643 WBS DAD |
| ) | |
| Plaintiff, ) | JOINT STIPULATION AND PROPOSED |
| ) | ORDER RE: EXTENSION OF TIME |
| v. ) | |
| ) | |
| David Roark, Director, USCIS Texas ) | |
| Service Center, et al. ) | |
| ) | |
| Defendants. ) | |

This is an immigration case in which plaintiff challenges the denial of his application for naturalization pursuant to 8 U.S.C. § 1421(c). The case is currently held in abeyance as plaintiff has filed a new naturalization application with United States Citizenship and Immigration Services, and a status report is due on March 15, 2013. The parties now stipulate to a 14-day extension of time for the filing of that status report, until March 29, 2013. Plaintiff's new naturalization application has been approved by USCIS, but he has not yet taken the oath of citizenship. It is expected that once he does so, the parties will be able to stipulate to dismissal of this action.

Dated: March 14, 2013

                              BENJAMIN B. WAGNER
                              United States Attorney


                    By:    /s/Audrey Hemesath
                           Audrey B. Hemesath
                           Assistant U.S. Attorney
                           Attorneys for the Defendants

By:     /s/ Wazhma Mojaddidi
        Wazhma Mojaddidi
        Attorney for the Plaintiff


## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

ORDERED that a Joint Status Report shall be filed on March 29, 2013.  The Status Conference

is continued to April 15, 2013 at 2:00 p.m.

IT IS SO ORDERED.

DATED:  March 14, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE