BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

SADEQ AL HASAN,                    )        No. 2:12-cv-643 WBS DAD
                                   )
      Plaintiff,                   )        JOINT STIPULATION AND ~~PROPOSED~~
                                   )        ORDER RE: DISMISSAL
   v.                              )
                                   )
David Roark, Director, USCIS       )
Texas Service Center, et al.       )
                                   )
      Defendants.                  )
_____)

        This is an immigration case in which plaintiff

challenges the denial of his application for naturalization

pursuant to 8 U.S.C. § 1421(c).  The case was held in abeyance as

plaintiff filed a new naturalization application with United

States Citizenship and Immigration Services.  Citizenship and

Immigration Services has now approved plaintiff's new

application, and Plaintiff has been sworn in as a United States

citizen.  Accordingly, the parties stipulate to dismissal of this

lawsuit, each side to bear its own costs of litigation.


Dated: April 1, 2013
                                   BENJAMIN B. WAGNER
                                   United States Attorney


                            By:  /s/Audrey Hemesath
                                 Audrey B. Hemesath

-1-

                              Assistant U.S. Attorney
                              Attorneys for the Defendants


                    By:    /s/ Wazhma Mojaddidi
                           Wazhma Mojaddidi
                           Attorney for the Plaintiff



                              ORDER

   Pursuant to this Joint Stipulation and for the reasons stated
therein, IT IS HEREBY ORDERED that the matter is dismissed as
moot.

   IT IS SO ORDERED.
DATED:  April 1, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-