BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SADEQ AL HASAN, ) | No. 2:12-cv-643 WBS DAD |
| ) | |
| Plaintiff, ) | JOINT STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER RE: DISMISSAL |
| v. ) | |
| ) | |
| David Roark, Director, USCIS ) | |
| Texas Service Center, et al. ) | |
| ) | |
| Defendants. ) | |

      This is an immigration case in which plaintiff challenges the denial of his application for naturalization pursuant to 8 U.S.C. § 1421(c).  The case was held in abeyance as plaintiff filed a new naturalization application with United States Citizenship and Immigration Services.  Citizenship and Immigration Services has now approved plaintiff's new application, and Plaintiff has been sworn in as a United States citizen.  Accordingly, the parties stipulate to dismissal of this lawsuit, each side to bear its own costs of litigation.

Dated: April 1, 2013
                                          BENJAMIN B. WAGNER
                                          United States Attorney


                              By:  <u>/s/Audrey Hemesath</u>
                                    Audrey B. Hemesath

-1-

```
                                 Assistant U.S. Attorney
                                 Attorneys for the Defendants

                         By:     /s/ Wazhma Mojaddidi
                                 Wazhma Mojaddidi
                                 Attorney for the Plaintiff
```

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed as moot.

IT IS SO ORDERED.

DATED:  April 1, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE